# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

David Banks,

    Plaintiff

v.

Richard Whitley, et al.,

    Defendants

Case No.: 2:19-cv-01376-JAD-VCF

**Order Dismissing Action
for Want of Prosecution**

On April 4, 2021, this court notified the plaintiff that it would dismiss this case for want of prosecution if no action was taken by May 4, 2021.[1] This district's local rule 41-1 states that "All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte . . . ." As no party has taken any action despite notice of this court's intent to dismiss under this rule and more than 270 days have passed without any proceeding of record,

IT IS ORDERED that **this action is DISMISSED** without prejudice for want of prosecution. The Clerk of Court is directed to CLOSE THIS CASE.

Dated: March 22, 2022

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 5 (Notice Regarding Intent to Dismiss for Want of Prosecution).